UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
SEP 23 2021
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:21-cr-288-JMS-DLP |
| ) | |
| JEREMY BARTLETT, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges that:

#### COUNT ONE
Possession with Intent to Distribute Controlled Substances
21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)

On or about March 26, 2021, within the Southern District of Indiana, JEREMY BARTLETT, the defendant herein, did knowingly possess with intent to distribute five (5) or more grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

#### COUNT TWO
Felon in Possession of a Firearm
18 U.S.C. § 922(g)(1)

On or about March 26, 2021, within the Southern District of Indiana, JEREMY BARTLETT, the defendant herein, did knowingly possess in commerce and affecting commerce a firearm, to wit: a Ruger .22 caliber pistol after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

> Unlawful Possession of a Syringe in Cause Number 54D01-1507-F6-002099, Montgomery County, Indiana, on or about December 5, 2018, and/or
>
> Maintaining a Common Nuisance in Cause Number 54D01-1504-F6-001235, Montgomery County, Indiana, on or about December 5, 2018, and/or
>
> Receiving Stolen Auto Parts in Cause Number 54D01-1408-F6-002436, Montgomery County, Indiana, on or about December 16, 2014, and/or
>
> Escape in Cause Number 54C01-0705-FC-00067, Montgomery County, Indiana, on or about November 6, 2008,

in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
Carrying of a Firearm During and in Relation to a Drug Trafficking Crime
18 U.S.C. § 924(c)(1)

On or about March 26, 2021, in the Southern District of Indiana, JEREMY BARTLETT, the defendant herein, did knowingly carry a firearm , to wit: a Ruger .22 caliber pistol during and in relation to a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1).

**FORFEITURE**

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of Count Two or Three of this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to, the

following:

    a.    One Ruger .22 caliber pistol, and

    b.    Any ammunition associated with the offense.

4.    In addition, the United States may seek civil forfeiture of the property described above in paragraph 3 pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Abhishek Kambli
Assistant United States Attorney

3