UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:21-cr-0288-JMS-DLP |
| | ) | |
| JEREMY BARTLETT, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR SEPTEMBER 30, 2021**
**HONORABLE MARIO GARCIA, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the Indictment filed on September 23, 2021. Defendant appeared in person and by FCD counsel, William Dazey. Government represented by AUSA Abhishek Kambli. USPO represented by Courtney Ratzlaff.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **October 14, 2021**.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Defendant waived formal arraignment and reading of the indictment on the record.

Government moved for pretrial detention and a hearing was scheduled. Detention hearing set for **October 7, 2021 at 1:30 p.m. via video teleconference** before the criminal duty magistrate judge.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 10/1/2021

*[signature]*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system